# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Jeffrey William Bartsch,

   Petitioner,

v.

Dora B. Schriro, et al.,

   Respondents,

CV 06-486 TUC DCB

**O R D E R**

  On October 23, 2007, the Honorable Jennifer C. Guerin, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action. The Recommendation advised the Court to deny the Petition for Writ of Habeas Corpus (Petition) filed on September 19, 2006. The Magistrate Judge based her Recommendation on the one-year statute of limitations period, 28 U.S.C. 2244(d)(1), which bars this action.

  The parties were sent copies of the Recommendation and instructed that, pursuant to 28 U.S.C. § 636(b), they had 10 days to file written objections to the Recommendation. *See also,* Federal Rule of Civil Procedure 72(b) (party objecting to the recommended disposition has ten (10) days to file specific, written objections). To date, no objections have been filed.

  Pursuant to 28 U.S.C. § 636(b), this Court makes a *de novo* determination as to those portions of the Recommendation to which there are objections. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.") To the extent that no objection has been made, arguments to the contrary have been waived. *McCall v. Andrus*, 628 F.2d 1185, 1187 (9th Cir. 1980) (failure to object to Magistrate's report waives right to do so on appeal); *see also*, Advisory Committee Notes to Fed. R. Civ. P. 72 (citing *Campbell v. United*

*States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974) (when no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation).

The Court has reviewed the Petition, the Answer, and the procedural record in this case. The Court considers the Recommendation to be thorough and well-reasoned; it is neither clearly erroneous nor contrary to law. *United States v. Remsing*, 874 F.2d 614, 617-618 (9th Cir. 1989). The Recommendation shall therefore be accepted pursuant to 28 U.S.C. § 636(b)(1). The Court adopts the recommendation of the Magistrate Judge. For the reasons stated in the Recommendation, the Court denies the Petition for Writ of Habeas Corpus.

**Accordingly,**

**IT IS ORDERED** that the Report and Recommendation [Doc. # 19] is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petition for Writ of Habeas Corpus [Doc. # 1] is DENIED; the Clerk of the Court shall enter judgment accordingly.

DATED this 30th day of November, 2007.

David C. Bury
United States District Judge